UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:07-CR-88(01)RM |
| | ) | |
| RANDOLPH SCOTT BEATY, JR. | ) | |

ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendation upon a plea of guilty issued on February 13, 2008 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Randolph Beaty Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

SO ORDERED.

ENTERED:     March 4, 2008

　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge, United States District Court